No. 81–186. MCCLURE, UNITED STATES SENATOR *v.* REAGAN, PRESIDENT OF THE UNITED STATES, ET AL. Affirmed on appeal from D. C. Idaho. JUSTICE REHNQUIST took no part in the consideration or decision of this case.

No. 81–477. WITTE *v.* BAR COMMITTEE OF THE TWENTY-FIRST JUDICIAL CIRCUIT. Appeal from Sup. Ct. Mo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–5422. CRANE *v.* ROSS ET AL. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–478. RABIDEAU *v.* ATTORNEYS BOARD OF PROFESSIONAL RESPONSIBILITY OF WISCONSIN. Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question.

No. 81–524. JOHNSON *v.* KERR-MCGEE OIL INDUSTRIES, INC. Appeal from Ct. App. Ariz. dismissed for want of substantial federal question.

No. 81–505. CAFFIERO ET UX. *v.* BOARD OF EDUCATION OF PISCATAWAY TOWNSHIP ET AL. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question. JUSTICE BRENNAN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.